JACOB HAMBURGER, Respondent, v. PATRICK MCGOVERN, INC., and Another,

Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.